KLEVANSKY PIPER, LLP
A Limited Liability Law Partnership

| | |
|---|---|
| SIMON KLEVANSKY | 3217-0 |
| ALIKA L. PIPER | 6949-0 |
| ELAINE T. CHOW | 10377-0 |
| CARISA LIMA KA'ALA DUFFY | 7372-0 |

841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5759
E-Mail: sklevansky@kplawhawaii.com
apiper@kplawhawaii.com
echow@kplawhawaii.com
kduffy@kplawhawaii.com

Attorneys for Trustee Dane S. Field

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC,<br><br>Debtor. | Case No. 16-01294<br>(Chapter 7) |
| DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC<br><br>Plaintiff,<br><br>v.<br><br>TRASHMASTERS, LLC; CORRIDOR CAPITAL LLC; CORRIDOR CAPITAL ADVISORS, LLC; CORRIDOR TRASHMASTERS, L.P.; SPB MANAGEMENT, LLC; SPB WASTE, LLC; SPB CAPITAL GP, | Adversary Proceeding No. 18-90035<br><br>**NOTICE OF STATUS CONFERENCE**<br><br>Status Conference<br>Date: February 13, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris |

115038.docx

LLC; SPB CAPITAL PARTNERS, L.P.; SPB PARTNERS, LLC; CRAIG ENENSTEIN; L. GEOFFREY GREULICH; EDWARD A. MONNIER; JESSAMYN DAVIS; ARI D. BASS; SCOTT R. BULLOCH; KENNETH M. PRESSBERG; KRISTIAN GOURLAY; DOUGLAS L. ASAY; DOUGLAS D. ASAY; CHARLES E. LEONARD; BRIAN COLBECK; ROLLOFFS HAWAII, INC.; THE KNG GROUP, LLC; COLBECK CONSULTING LLC; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50; DOE ENTITIES 1-50,

Defendants.

# NOTICE OF STATUS CONFERENCE

TO THE DEFENDANTS AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT:**

**1. Conference Date, Time and Place**: A status conference is scheduled to be heard before the Honorable Robert J. Faris on the following date and at the following time, in the indicated courtroom:

> Date: **February 13, 2019**
> Time: **2:00 p.m.**
> Place: **United States Bankruptcy Court**
> **District of Hawaii**
> **1132 Bishop Street, Suite 250L**
> **Honolulu, Hawaii 96813**

The conference may be continued without further notice other than by posting on the Court's bulletin board or by announcement, at the scheduled date and time of the hearing, of the new hearing date.

      **2.**    **Scope of Conference.**  Among the matters to be addressed at the conference are (i) the proposed hearing date and briefing schedule for the TrashMasters/Corridor/SPB related defendants' motion to dismiss, (ii) the proposed timing for a trial date, (iii) the proposed stay on discovery, and (iv) the proposed continuance of the Scheduling Conference date.

DATED: Honolulu, Hawaii, February 12, 2019.

/s/ Carisa Lima Ka'ala Duffy
SIMON KLEVANSKY
ALIKA L. PIPER
ELAINE T. CHOW
CARISA LIMA KA'ALA DUFFY
Attorneys for Plaintiff
Trustee Dane S. Field