H9013-3A (3/16)

| Filer's Name, Address, Phone, email: | |
|---|---|
| SIMON KLEVANSKY #3217-0<br>ALIKA L. PIPER #6949-0<br>ELAINE T. CHOW #10377-0<br>CARISA LIMA KA'ALA DUFFY 7372-0<br>Klevansky Piper, LLP<br>841 Bishop Street, Suite 1707, Honolulu, Hawaii 96813<br>Telephone: (808) 536-0200 / Facsimile: (808) 237-5757<br>E-mail: sklevansky@kplawhawaii.com; apiper@kplawhawaii.com;<br>      echow@kplawhawaii.com; kduffy@kplawhawaii.com;<br>Attorneys for Plaintiff Dane S. Field, Chapter 7 Trustee |  |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): ROLLOFFS HAWAII, LLC | Case No.: 16-01294 |
|---|---|
| Plaintiff(s):<br>DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC<br>(et al. *if multiple parties*) | Adversary Proceeding No.:<br>18-90035 |
| Defendant(s):<br>TRASHMASTERS, LLC, et al.<br>(et al. *if multiple parties*) | Related Docket No.: 14 |

## CERTIFICATE OF SERVICE

| Document(s) served:<br>[14] Notice of Status Conference | Date served:<br>February 12, 2019 |
|---|---|

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| See attached Exhibit "1" for parties served on February 12, 2019 and methods of service. | | |
|---|---|---|
| | | |

| Dated:<br>February 12, 2019 | /s/ [signature]<br>*[Print name and sign]* | Peter B. Aragaki |
|---|---|---|

115045.pdf

# EXHIBIT "1"

**Via U.S. Mail & Email**:
Chuck C. Choi, Esq.
Allison A. Ito, Esq.
on behalf of Defendants TrashMasters, LLC; Corridor Capital LLC; Corridor Capital Advisors, LLC; Corridor TrashMasters, L.P.; SPB Management, LLC; SPB Waste, LLC; SPB Capital GP, LLC; SPB Capital Partners, L.P.; SPB Partners, LLC; Craig Enenstein; L. Geoffrey Greulich; Edward A. Monnier; Jessamyn Davis; Ari D. Bass; Scott R. Bulloch; and Kenneth M. Pressberg
Topa Financial Center
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
cchoi@hibklaw.com
aito@hibklaw.com

Ted N. Pettit, Esq.
on behalf of Defendants Kristian Gourlay; and The KNG Group, LLC
Case Lombardi & Pettit
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
tnp@caselombardi.com
tpettit@caselombardi.com

Terrence M. Lee, Esq.
Brett R. Tobin, Esq.
on behalf of Defendant Rolloffs Hawaii, Inc.
Sullivan Meheula Lee, LLLP
Pacific Guardian Ctr., Makai Twr.
733 Bishop Street, Suite 2900
Honolulu, Hawaii 96813
lee@smlhawaii.com
tobin@smlhawaii.com

Robert K. Fricke, Esq.
on behalf of Defendant Charles E. Leonard
Cox Fricke LLP
800 Bethel Street, Suite 600
Honolulu, Hawaii 96813
rfricke@cfhawaii.com


**Via Email:**
Kenneth M. Brown, Esq.
on behalf of Defendants TrashMasters, LLC; Corridor Capital LLC; Corridor Capital Advisors, LLC; Corridor TrashMasters, L.P.; SPB Management, LLC; SPB Waste, LLC; SPB Capital GP, LLC; SPB Capital Partners, L.P.; SPB Partners, LLC; Craig Enenstein; L. Geoffrey Greulich; Edward A. Monnier; Jessamyn Davis; Ari D. Bass; Scott R. Bulloch; and Kenneth M. Pressberg
Pachulski Stang Ziehl & Jones LLP
kbrown@pszjlaw.com

A Rothlisberger, Esq.
on behalf of Defendants Douglas L. Asay; and Douglas D. Asay
A Rothlisberger, AAL
arnrothlaw@gmail.com


**Via U.S. Mail:**
Defendant Brian Colbeck
324 Bay View Drive
Hermosa Beach, CA 90254

Defendant Brian Colbeck
5449 W 119th Street
Inglewood, CA 90304

Defendant Brian Colbeck
2050 Walgrove Avenue
Los Angeles, CA 90066

Defendant Colbeck Consulting, LLC
Attn: Brian Colbeck, Manager/Member/Agent for Service of Process
324 Bay View Drive
Hermosa Beach, CA 90254

Defendant Colbeck Consulting, LLC
Attn: Brian Colbeck, Manager/Member/Agent for Service of Process
2050 Walgrove Avenue
Los Angeles, CA  90066

Defendant Colbeck Consulting, LLC
Attn: Brian Colbeck, Manager/Member/Agent for Service of Process
5449 W 119th Street
Inglewood, CA  90304