CASE LOMBARDI & PETTIT
A LAW CORPORATION

TED N. PETTIT            4287-0
Email: tnp@caselombardi.com
ELLEN A. SWICK          10514-0
Email: eas@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawai'i 96813
Telephone:  (808) 547-5400
Facsimile:   (808) 523-1888

**Attorneys for DEFENDANTS KRISTIAN GOURLAY and THE KNG GROUP, LLC**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) CASE NO. No. 16-01294 |
| | ) (Chapter 7) |
| ROLLOFFS HAWAII, LLC, | ) |
| Debtor. | ) |
| | ) |
| DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| TRASHMASTERS, LLC; CORRIDOR CAPITAL LLC; CORRIDOR CAPITAL ADVISORS, LLC; CORRIDOR TRASHMASTERS, L.P.; SPB MANAGEMENT, LLC; SPB | ) |

1

| | |
|---|---|
| WASTE, LLC; SPB CAPITAL GP, LLC; SPB CAPITAL PARTNERS, L.P.; SPB PARTNERS, LLC; CRAIG ENENSTEIN; L. GEOFFREY GREULICH; EDWARD A. MONNIER; JESSAMYN DAVIS; ARI D. BASS; SCOTT R. BULLOCH; KENNETH M. PRESSBERG; KRISTIAN GOURLAY; DOUGLAS L. ASAY; DOUGLAS D. ASAY; CHARLES E. LEONARD; BRIAN COLBECK; ROLLOFFS HAWAII, INC.; THE KNG GROUP, LLC; COLBECK CONSULTING LLC; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50; DOE ENTITIES 1-50,<br><br>Defendants | Adv. Pro. No. 18-90035<br><br>**DEFENDANT KRISTIAN GOURLAY AND THE KNG GROUP, LLC'S JOINDER IN TRASHMASTERS, LLC; CORRIDOR CAPITAL, LLC; CORRIDOR CAPITAL ADVISORS, LLC; CORRIDOR TRASHMASTERS, L.P.; SPB MANAGEMENT, LLC; SPB WASTE, LLC; SPB CAPITAL GP, LLC; SPB CAPITAL PARTNERS, L.P.; SPB PARTNERS, LLC; CRAIG ENENSTEIN; L. GEOFFREY GREULICH; EDWARD A. MONNIER; JESSAMYN DAVIS; ARI D. BASS; SCOTT R. BULLOCH AND KENNETH M. PRESSBERG'S MOTION TO DISMISS COMPLAINT**<br><br>Related Dkt. No. 19 |

**DEFENDANT KRISTIAN GOURLAY AND THE KNG GROUP, LLC'S JOINDER IN TRASHMASTERS, LLC; CORRIDOR CAPITAL, LLC; CORRIDOR CAPITAL ADVISORS, LLC; CORRIDOR TRASHMASTERS, L.P.; SPB MANAGEMENT, LLC; SPB WASTE, LLC; SPB CAPITAL GP, LLC; SPB CAPITAL PARTNERS, L.P.; SPB PARTNERS, LLC; CRAIG ENENSTEIN; L. GEOFFREY GREULICH; EDWARD A. MONNIER; JESSAMYN DAVIS; ARI D. BASS; SCOTT R. BULLOCH AND KENNETH M. PRESSBERG'S MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 12(b)(6) and Rule 18 of the Federal Rules of Civil Procedure, made applicable to adversary proceedings by Rule 7012 and Rule 7018 of the Federal Rules of Bankruptcy Procedure, DEFENDANTS KRISTIAN GOURLAY

2

29492/5/3096051.1

("Gourlay") and THE KNG GROUP, LLC ("KNG")(together "Defendants KNG"), by and through their counsel, Case Lombardi & Pettit, A Law Corporation, hereby join in defendants TrashMasters, LLC; Corridor Capital, LLC; Corridor Capital Advisors, LLC; Corridor TrashMasters, L.P.; SPB Management, LLC; SPB Waste, LLC; SPB Capital GP, LLC; SPB Capital Partners, L.P.; SPB Partners, LLC; Craig Enenstein; L. Geoffrey Greulich; Edward A. Monnier; Jessamyn Davis; Ari D. Bass; Scott R. Bulloch and Kenneth M. Pressberg ("Movants") Motion to Dismiss Complaint ("Motion") filed February 15, 2019 (Dkt # 19).

Defendants KNG are entitled to dismissal all claims and allegations against them for all the reasons and cited authorities cited in the Motion, especially all claims related to the KNG Payoff (Counts XLV – LI) and all remaining claims barred by the statute of limitations.

Defendants reserve the right to file a Reply and other supplemental pleadings concerning the Motion.

DATED: Honolulu, Hawaii, March 4, 2019.

/s/ TED N. PETTIT
TED N. PETTIT
ELLEN A. SWICK
   Attorneys for **DEFENDANTS KRISTIAN GOURLAY and THE KNG GROUP, LLC**