```
                      United States Bankruptcy Court
                             District of Hawaii
 Field,
            Plaintiff                               Adv. Proc. No. 18-90035-rjf

 TrashMasters, LLC,
            Defendant          CERTIFICATE OF NOTICE

District/off: 0975-1        User: darlene          Page 1 of 3          Date Rcvd: Aug 10, 2020
                            Form ID: H9022a        Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2020.

```
dft           +Brian Colbeck,   c/o Gina Caso Colbeck,   507 North Elena Ave. #2,
                Redondo Beach, CA 90277-2158
dft           +Charles E. Leonard,   1031 Porch View,   Greensboro, GA 30642-4199
dft           +Colbeck Consulting LLC,   c/o Gina Caso Colbeck,   507 North Elena Ave. #2,
                Redondo Beach, CA 90277-2158
dft           +Corridor Capital Advisors, LLC,   c/o Corporation Service Company,   251 Little Falls Drive,
                Wilmington, DE 19808-1674
dft           +Corridor Capital LLC,   c/o Corporation Service Company,   251 Little Falls Drive,
                Wilmington, DE 19808-1674
dft           +Corridor TrashMasters, L.P.,   c/o Corporation Service Company,   251 Little Falls Drive,
                Wilmington, DE 19808-1674
dft           +Craig Enenstein,   c/o Corridor Capital, LLC,   12400 Wilshire Blvd., Ste. 645,
                Los Angeles, CA 90025-1260
pla           +Dane S. Field,   Bankruptcy Trustee,   PO Box 4198,   Honolulu, HI 96812-4198
dft           +Douglas D. Asay,   1136 E. Gabrilla Drive,   Casa Grande, AZ 85122-6794
dft           +Douglas L. Asay,   c/o Tire Disposal & Recycling, LLC,   9333 N. Harborgate Street,
                Portland, OR 97203-6314
dft           +Edward A. Monnier,   c/o XAP Corporation,   100 Corporation Pointe, Ste. 350,
                Culver City, CA 90230-8744
dft           +Jessamyn Davis,   c/o Rios Clementi Hale Studios,   3101 W. Exposition Place,
                Los Angeles, CA 90018-4030
dft           +Kristian Gourlay,   44-030 Kaimalu Place,   Kaneohe, HI 96744-2547
dft           +L. Geoffrey Greulich,   c/o Corridor Capital, LLC,   12400 Wilshire Blvd., Ste. 645,
                Los Angeles, CA 90025-1260
dft           +Rolloffs Hawaii, Inc.,   c/o Linda Henriques,   1130 Sand Island Pkwy,
                Honolulu, HI 96819-4346
dft           +SPB Capital GP, LLC,   c/o Ari D. Bass,   2932 Wilshire Blvd., Ste. 204,
                Santa Monica, CA 90403-4943
dft           +SPB Management, LLC,   c/o Ari Bass, Manager,   2932 Wilshire Blvd., Ste. 204,
                Santa Monica, CA 90403-4943
dft           +SPB Partners, LLC,   c/o Ari Bass, Manager,   2932 Wilshire Blvd., Ste. 204,
                Santa Monica, CA 90403-4943
dft           +SPB Waste, LLC,   c/o Ari Bass, Manager,   2932 Wilshire Blvd., Ste. 204,
                Santa Monica, CA 90403-4943
dft           +The KNG Group, LLC,   c/o Kris N. Gourlay,   44-030 Kaimalu Place,   Kaneohe, HI 96744-2547
dft           +TrashMasters, LLC,   2932 Wilshire Blvd., Ste. 204,   Santa Monica, CA 90403-4943
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft           +E-mail/Text: ari@spbpartners.com Aug 11 2020 06:38:49     Ari D. Bass,   c/o SPB Partners,
                2932 Wilshire Blvd., Ste. 204,   Santa Monica, CA 90403-4943
dft           +E-mail/Text: ari@spbpartners.com Aug 11 2020 06:38:49     SPB Capital Partners, L.P.,
                c/o Ari D. Bass,   2932 Wilshire Blvd., Ste. 204,   Santa Monica, CA 90403-4943
dft            E-mail/Text: ari@spbpartners.com Aug 11 2020 06:38:49     Scott R. Bulloch,
                2932 Wilshire Blvd., Ste. 204,   Santa Monica, CA  90403
dft            E-mail/Text: ari@spbpartners.com Aug 11 2020 06:38:49     Kenneth M. Pressberg,
                c/o SPB Partners,   2932 Wilshire Blvd., Ste. 204,   Santa Monica, CA  90403
                                                                                             TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                         Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2020 at the address(es) listed below:

    Alika L. Piper　　on behalf of Plaintiff Dane S. Field apiper@kplawhawaii.com, bvierra@kplawhawaii.com;peter@kplawhawaii.com;bshin@kplawhawaii.com

    Allison A. Ito　　on behalf of Defendant Ari D. Bass aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant Edward A. Monnier aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant Jessamyn Davis aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  SPB Management, LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  Corridor Capital Advisors, LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  SPB Partners, LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant L. Geoffrey Greulich aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant Craig Enenstein aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant Scott R. Bulloch aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  Corridor TrashMasters, L.P. aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  TrashMasters, LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  SPB Capital GP, LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  SPB Waste, LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant Kenneth M. Pressberg aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  Corridor Capital LLC aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Allison A. Ito　　on behalf of Defendant  SPB Capital Partners, L.P. aito@hibklaw.com, jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com

    Brett R. Tobin　　on behalf of Defendant  Rolloffs Hawaii, Inc. tobin@smlhawaii.com, sandi@smlhawaii.com

    Carisa L. K. Duffy　　on behalf of Plaintiff Dane S. Field kduffy@kplawhawaii.com, kplaw@ecf.courtdrive.com

    Chuck C. Choi　　on behalf of Defendant Scott R. Bulloch cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  Corridor TrashMasters, L.P. cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  SPB Partners, LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  SPB Management, LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant Kenneth M. Pressberg cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant Jessamyn Davis cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant Ari D. Bass cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  Corridor Capital LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant Edward A. Monnier cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant L. Geoffrey Greulich cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant Craig Enenstein cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  SPB Waste, LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  Corridor Capital Advisors, LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  SPB Capital GP, LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  TrashMasters, LLC cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Chuck C. Choi　　on behalf of Defendant  SPB Capital Partners, L.P. cchoi@hibklaw.com, jczerwinski@hibklaw.com

    Cia Mackle　　on behalf of Defendant  SPB Capital GP, LLC cmackle@pszjlaw.com

    Cia Mackle　　on behalf of Defendant  Corridor Capital Advisors, LLC cmackle@pszjlaw.com

    Cia Mackle　　on behalf of Defendant  SPB Capital Partners, L.P. cmackle@pszjlaw.com

    Cia Mackle　　on behalf of Defendant Ari D. Bass cmackle@pszjlaw.com

    Cia Mackle　　on behalf of Defendant Jessamyn Davis cmackle@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Cia   Mackle    on behalf of Defendant    Corridor Capital LLC cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant    SPB Waste, LLC cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant    Corridor TrashMasters, L.P. cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant    SPB Partners, LLC cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant L. Geoffrey Greulich cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant    SPB Management, LLC cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant Craig   Enenstein cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant Edward A. Monnier cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant    TrashMasters, LLC cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant Kenneth M. Pressberg cmackle@pszjlaw.com
          Cia   Mackle    on behalf of Defendant Scott R. Bulloch cmackle@pszjlaw.com
          Elaine T. Chow    on behalf of Plaintiff Dane S. Field echow@kplawhawaii.com
          Ellen Andrea Swick    on behalf of Defendant Kristian   Gourlay eas@caselombardi.com,
           tnp@caselombardi.com;shy@caselombardi.com;elm@caselombardi.com
          Enver W. Painter, Jr.    on behalf of Plaintiff Dane S. Field enver.painter@hawaiiantel.net
          Kenneth H. Brown    on behalf of Defendant    SPB Management, LLC kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant Edward A. Monnier kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant Ari D. Bass kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant Kenneth M. Pressberg kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant    Corridor Capital LLC kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant Jessamyn   Davis kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant    Corridor Capital Advisors, LLC kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant    SPB Capital Partners, L.P. kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant    Corridor TrashMasters, L.P. kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant Craig   Enenstein kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant    TrashMasters, LLC kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant L. Geoffrey Greulich kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant    SPB Capital GP, LLC kbrown@pszjlaw.com
          Kenneth H. Brown    on behalf of Defendant Scott R. Bulloch kbrown@pszjlaw.com
          Simon   Klevansky    on behalf of Plaintiff Dane S. Field sklevansky@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;ecfnotices@kplawhawaii.onmicrosoft.com;bshin@kplawh
           awaii.com;kplaw@ecf.courtdrive.com
          Ted N. Pettit    on behalf of Defendant    The KNG Group, LLC tnp@caselombardi.com,
           shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
           rdi.com
          Ted N. Pettit    on behalf of Defendant Kristian   Gourlay tnp@caselombardi.com,
           shy@caselombardi.com;mav@caselombardi.com;eas@caselombardi.com;elm@caselombardi.com;sms@caselomba
           rdi.com
                                                                                             TOTAL: 71
```

H9022a (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor(s) | **Rolloffs Hawaii, LLC** | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Parties | Dane S. Field, | |
| | Plaintiff(s) | |
| | v. | |
| | TrashMasters, LLC, et al. | Bankruptcy Case number: **16–01294**<br>Chapter: **7**<br>Adversary Proceeding No: **18–90035** |
| | Defendant(s) | |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Amended Order on Ex Parte Motion to Exceed Page Limit (related document(s)197 Motion, 200 Order (Generic)). Date of Entry: 8/10/2020. (DM)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date:   August 10, 2020

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk