**Date Signed:**
**April 14, 2021**




**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>ROLLOFFS HAWAII, LLC<br><br>Debtor. | Case No. 16-01294<br>(Chapter 7) |
| DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC<br><br>Plaintiff,<br>v.<br><br>TRASHMASTERS, LLC; CORRIDOR CAPITAL LLC; CORRIDOR CAPITAL ADVISORS, LLC; CORRIDOR TRASHMASTERS, L.P.; SPB MANAGEMENT, LLC; SPB WASTE, LLC; SPB CAPITAL GP, LLC; SPB CAPITAL PARTNERS, L.P.; SPB PARTNERS, LLC; CRAIG ENENSTEIN; L. GEOFFREY GREULICH; EDWARD A. MONNIER; JESSAMYN DAVIS; ARI D. BASS; SCOTT R. BULLOCH; KENNETH M. PRESSBERG, KRISTIAN GOURLAY; DOUGLAS | Adversary Proceeding No. 18-90035<br><br>**STIPULATED ORDER TO DISMISS WITH PREJUDICE THE TRUSTEE'S CLAIMS AGAINST DEFENDANT TRASHMASTERS, LLC AND THE SPB DEFENDANTS** |

L. ASAY; DOUGLAS D. ASAY; CHARLES E. LEONARD; BRIAN COLBECK [ESTATE OF BRIAN COLBECK]; ROLLOFFS HAWAII, INC.; THE KNG GROUP, LLC; COLBECK CONSULTING LLC; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50; DOE ENTITIES 1-50,

Defendants.

**STIPULATED ORDER TO DISMISS WITH PREJUDICE THE TRUSTEE'S CLAIMS AGAINST DEFENDANT TRASHMASTERS, LLC AND THE SPB DEFENDANTS**

Plaintiff DANE S. FIELD ("Trustee"), the Chapter 7 trustee of the bankruptcy estate of ROLLOFFS HAWAII, LLC, and Defendants (1) TRASHMASTERS, LLC ("TrashMasters"); (2) SPB MANAGEMENT, LLC; (3) SPB WASTE, LLC; (4) SPB CAPITAL GP, LLC; (5) SPB CAPITAL PARTNERS, L.P.; (6) SPB PARTNERS, LLC; (7) ARI D. BASS; (8) SCOTT R. BULLOCH; and (9) KENNETH M. PRESSBERG (the "SPB Defendants"), by and through their respective attorneys, hereby enter into this stipulated order as follows:

WHEREAS the parties have entered into a Settlement Agreement, dated July 3, 2020, which this Court approved by that certain Order Granting Trustee's Motion for Order Approving Settlement Agreement with Defendant


U.S. Bankruptcy Court - Hawaii #18-90035 Dkt # 264 Filed 04/14/21 Page 2 of 5

TrashMasters, LLC, the Corridor Defendants, and the SPB Defendants, Filed on July 10, 2020, entered on August 24, 2020; and

WHEREAS pursuant to the terms of the Settlement Agreement, the Trustee is to dismiss all of the Trustee's claims (i) against the SPB Defendants within seven (7) days after the passing of ninety-one (91) days after the Trustee's receipt of the SPB Payment (as defined in the Settlement Agreement), and (ii) against TrashMasters when the Trustee's claims against both the "Corridor Defendants" (as defined in the Settlement Agreement) and the SPB Defendants are dismissed; and

WHEREAS the Trustee has received the SPB Payment and ninety-one (91) days have passed; and

WHEREAS the Trustee is simultaneously and separately seeking dismissal of his claims against the Corridor Defendants.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. All of the Trustee's claims against TrashMasters and the SPB Defendants set forth in the First Amended Complaint, filed on July 31, 2019 are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

**END OF ORDER**

[Signatures continue on next page.]

APPROVED AND AGREED:

By /s/ Carisa Lima Ka'ala Duffy
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA DUFFY

Attorneys for Plaintiff Trustee Dane S. Field

By /s/ Kenneth H. Brown
CHUCK C. CHOI
ALLISON A. ITO
CHO & ITO

-and-

KENNETH H. BROWN
CIA MACKLE
PACHULSKI STANG ZIEHL & JONES LLP

Attorney for Defendants TrashMasters, LLC; Corridor Capital LLC; Corridor Capital Advisors, LLC; Corridor TrashMasters, L.P.; SPB Management, LLC; SPB Waste, LLC; SPB Capital GP, LLC; SPB Capital Partners, L.P.; SPB Partners, LLC; Craig Enenstein; L. Geoffrey Greulich; Edward A. Monnier; Jessamyn Davis; Ari D. Bass; Scott R. Bulloch; and Kenneth M. Pressberg

Submitted by:

KLEVANSKY PIPER, LLP
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA DUFFY
841 Bishop Street, Suite 1707
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 237-5758
E-Mail: sklevansky@kplawhawaii.com;
apiper@kplawhawaii.com;
kduffy@kplawhawaii.com

Attorneys for Plaintiff Trustee Dane S. Field

---

Dane S. Field, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC v. TrashMasters, LLC, et al., Adversary Proceeding No. 18-90035, United States Bankruptcy Court, District of Hawaii; STIPULATED ORDER TO DISMISS WITH PREJUDICE TRUSTEE'S CLAIMS AGAINST DEFENDANT TRASHMASTERS, LLC AND THE SPB DEFENDANTS



U.S. Bankruptcy Court - Hawaii #18-90035 Dkt # 264 Filed 04/14/21 Page 5 of 5